IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER HOWARD WHITE,

      Plaintiff,                        No.  2:12-cv-2868 MCE AC P

      vs.

D. SMYERS, et al.,

      Defendants.                 <u>ORDER</u>

                              /

        By order dated December 13, 2012, plaintiff's November 26, 2012 complaint was screened, and plaintiff was given the option of proceeding with the complaint as screened or filing an amended complaint.  Plaintiff has now submitted notice that he intends to amend his complaint and seeks an extension of time to file an amended complaint.  This request will be granted.  Plaintiff is reminded that his amended complaint should be limited to claims involving medical care at High Desert State Prison ("HDSP"), and should correct the pleading deficiencies previously identified.  <u>See</u> ECF No. 11 (Order filed December 13, 2012).

        Plaintiff also expresses his need to file a "supplemental complaint," the nature of which is not entirely clear to the court.  Plaintiff contends that this supplemental complaint is necessary to present "[f]acts and legal claims that are connected to the same claims already

screened by the Court." ECF No. 17 at 3. The present case must proceed on the basis of a single complaint. To the extent that plaintiff's supplemental allegations relate to the HDSP claims addressed in the previous order, they should be included in the amended complaint and not submitted in a separate document. To the extent the supplemental allegations involve matters beyond the scope of amendment previously permitted, such as dismissed claims relating to medical care at other institutions, they should not be filed in this case. Any "supplemental complaint" containing such material will be stricken from the docket. As plaintiff has already been advised, claims against defendants at prisons other than HDSP must be pursued in a separate action.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's January 18, 2013 motion for an extension of time (ECF No. 17) is granted in part. Plaintiff shall file an amended complaint on or before April 10, 2013.

DATED: February 6, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;whit2868.36

2