UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WALTER HOWARD WHITE, | No. 2:12-cv-02868-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| D. SMYERS, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff Walter Howard White's request for reconsideration of the magistrate judge's order denying Plaintiff's Motion for Recusal. Request, ECF No. 50; see Order, ECF No. 43. Pursuant to Eastern District of California Local Rule 303(f), Plaintiff is entitled to reconsideration if the magistrate judge's decision is either "clearly erroneous or contrary to law." See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

///
///
///
///
///
///

1

While Plaintiff clearly disagrees with the magistrate judge, he has failed to identify any facts or law supporting his assertion that reconsideration is warranted. Nothing in the record indicates to this Court that the magistrate judge clearly erred or misapplied the law. Plaintiff's Request (ECF No. 50) is thus DENIED.

IT IS SO ORDERED.

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT