KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DEBRA A. FITZSIMMONS, State Bar No. 144590
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-2606
 Fax: (916) 324-5205
 E-mail: Debra.Fitzsimmons@doj.ca.gov
*Attorneys for Defendants R. Lankford, L. Schmidt, G. Rohfling, B. Lee, R. Mayes, D. Swingle and A. Pomazal*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WALTER HOWARD WHITE,**<br><br>Plaintiff,<br><br>v.<br><br>**D. SMYERS, et al.,**<br><br>Defendants. | 2:12-cv-02868 MCE AC P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TAKE PLAINTIFF'S DEPOSITION BY REMOTE MEANS** |

Good cause appearing, Defendants' motion for an order to take Plaintiff's deposition by remote means is granted.

Defendants may take Plaintiff's deposition by video conference.

Dated: October 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1