UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER HOWARD WHITE,

    Plaintiff,

  v.

D. SMYERS, et al.,

    Defendants.

No. 2:12-cv-2868 MCE AC P

ORDER

    Plaintiff has filed (1) a motion to stay the proceedings pending the outcome of plaintiff's upcoming surgery (ECF No. 70); (2) a motion to stay the proceedings pending "compliance with plaintiff's rights" (ECF No. 71); and (3) a request for a 21-day extension of time to file an opposition to the defendants' motion for a protective order (ECF No. 72). The same day plaintiff filed his motions, the court issued an order extending discovery by 60 days (ECF No. 68), in response to plaintiff's earlier motion.

    The court will not stay the proceedings, as no good cause has been shown. However, the court's prior extension of discovery by 60 days remains in effect, and plaintiff's deadline for serving and filing an opposition to defendants' motion for a protective order will also be extended. However, plaintiff will be required to report the status of his ability to continue with this suit at the expiration of the 60-day period.

////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. Plaintiff's October 14, 2014 motions for a stay of the proceedings (ECF Nos. 70 & 71),
3  are DENIED.

4     2. Plaintiff is granted 60 days from the date of this order in which to file an opposition to
5  the motion for protective order.  Accordingly, plaintiff's motion for a 21-day extension of time to
6  oppose the motion for a protective order (ECF No. 72) is DENIED as moot;

7     3. Plaintiff is ORDERED to file a status report 60 days from the date of this order
8  notifying the court of whether or not his medical condition enables him to proceed with this
9  lawsuit.

DATED: October 20, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2