UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HOWARD WHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>SMYERS, et al.,<br><br>            Defendants. | No.  2:12-cv-2868 MCE AC P<br><br><br>ORDER and<br><br>ORDER TO UNITED STATES MARSHAL |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff has submitted three completed subpoenas duces tecum that conform to this court's orders filed April 24, 2015 (ECF No. 133), May 12, 2015 (ECF No. 140), and May 21, 2015 (ECF No. 141).  Accordingly, the court finds service of the subpoenas by the United States Marshal to be appropriate.

    The responsive parties are informed that, notwithstanding the dates of compliance noted on each subpoena, **the court-ordered date of compliance for all subpoenas shall be thirty days after service.**  With the exception of High Desert State Prison (HDSP) (plaintiff's current place of incarceration), responsive documents shall be mailed to plaintiff at HDSP.  If the responsive party intends to charge plaintiff for the costs of copying and mailing, a demand for payment shall be made to plaintiff within twenty-one days after service of the subpoena; if extended time is necessary, plaintiff and the responding party shall agree on the dates for payment

and mailing, not to exceed sixty days after service of the subpoena. Officials at HDSP may, but need not, arrange for plaintiff to first inspect the documents responsive to the HDSP subpoena, and assist plaintiff in obtaining photocopies of the selected documents subject to plaintiff's payment of the photocopying expenses

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the three subject subpoenas duces tecum, together with a copy of the instant order, to the United States Marshal.

2. Within fourteen days after the filing date of this order, and pursuant to 28 U.S.C. § 566(c), the Marshal is directed to personally serve each subpoena on the official designated to received subpoenas at each respective agency or institution, viz., the State Compensation Insurance Fund, High Desert State Prison, and the California Substance Abuse Treatment Facility, and shall command all necessary assistance from the recipients to execute this order and to respond fully to each subpoena.

3. Within ten days after personal service of each subpoena, the Marshal shall file each return of service with the court.

4. Within thirty days after service of each subpoena, the recipient shall provide plaintiff with copies of the requested documents, as set forth above.

5. As a courtesy, the Clerk of the Court is directed to serve a copy of this order, AND a copy of the court's order filed May 12, 2015 (ECF No. 140) (which identifies the content of each subpoena), on the following: (1) the Litigation Coordinator at High Desert State Prison, P.O. Box 750, Susanville CA 96127-0750; (2) the Litigation Coordinator at the California Substance Abuse Treatment Facility, P.O. Box 7100, Corcoran CA 93212; and (3) the Claims Administrator at the State Compensation Insurance Fund, P.O. Box 8192, Pleasanton CA 94588.

SO ORDERED.

DATED: July 12, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE