UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HOWARD WHITE,<br><br>                Plaintiff,<br><br>     v.<br><br>SMYERS, et al.,<br><br>                Defendants. | No. 2:12-cv-2868 MCE AC P<br><br><br>ORDER |

Plaintiff has filed a motion, ECF No. 159, seeking additional time to file and serve his request for reconsideration of this court's order filed July 14, 2015, see ECF No. 153. Plaintiff has also filed a motion, ECF No. 160, for extension of time to file and serve a supplemental brief in accordance with the court's order filed July 14, 2015, see ECF No. 153 at 5. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 159, for extension of time to file to file and serve his request for reconsideration of this court's order filed July 14, 2015 order, is granted.

///
///
///
///
///

2. Plaintiff's motion, ECF No. 160, for extension of time to file a supplemental brief[1] in accordance with this court's order filed July 14, 2015, is granted.

3. Plaintiff shall file and serve both matters on or before August 21, 2015.  **No further extensions of time will be granted.**

4.  Defendants may, but need not, file their respective responses to plaintiff's motions on or before September 4, 2015.

DATED:  August 5, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] As this court previously circumscribed, "[a]ny further motion filed by plaintiff that requests additional discovery, responsive to this court's April 24, 2015 order [ECF No. 133], shall meet the [following] requirements, see ECF No. 153 at 4 n.3:

> [A] separate statement (no more than five pages in length, with no attached exhibits or supplemental filings) that sets forth the following information, excluding any  reference to plaintiff's further deposition:  (a) whether the responding party seeks further discovery;  (b) if so, a brief description of the intended discovery, including the intended  recipient(s), and an explanation why the discovery was not previously propounded; and (c) the importance of the anticipated discovery to the facts and claims in this action.