UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HOWARD WHITE,<br><br>  Plaintiff,<br><br> v.<br><br>SMYERS, et al.,<br><br>  Defendants. | No.  2:12-cv-2868 MCE AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 23, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  See ECF No. 190.  Extended time for filing objections was granted.  See ECF No. 196 at 2.  Plaintiff thereafter filed objections which this court has fully considered, including the exhibits attached thereto.  See ECF No. 198.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 23, 2016, ECF No. 190, are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, ECF No. 174, is denied.

IT IS SO ORDERED.

Dated: September 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE