UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HOWARD WHITE,<br><br>  Plaintiff,<br><br>  v.<br><br>SMYERS, et al.,<br><br>  Defendants. | No. 2:12-cv-2868 MCE AC P<br><br><br>ORDER |

    The Deputy Attorney General, Ms. Kelli Hammond, who represents most of the defendants in this action, is directed to file and serve, on or before Wednesday, December 28, 2016, a response to plaintiff's "Emergency Request for Protective Order" filed December 15, 2016, see ECF No. 205, concerning plaintiff's potential placement and conditions on his parole scheduled for January 5, 2016.  Plaintiff is directed to refrain from filing a reply – his 85-page motion adequately reflects his concerns and time is of the essence.

    SO ORDERED.

DATED: December 19, 2016

                                                       /s/ Allison Claire
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE