IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WALTER HOWARD WHITE,** | Case No. 2:12-cv-02868 MCE AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| **D. SMYERS, et al.,** | |
| Defendants. | |

On July 13, 2107, Defendants Swingle, Lankford, Mayes, Rohlfing, Lee, and Schmidt moved the Court for a modification to the Scheduling Order issued February 24, 2017. (ECF No. 215.) Defendants seek an additional ten days, to and including July 24, 2017, to file a dispositive motion. Good cause appearing, Defendants' motion is granted. These parties have until July 24, 2017 to file a dispositive motion.

DATED: July 19, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-02868 MCE AC P)